UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

HAROLD PARKER

v.   CA 09-433 ML

RHODE ISLAND DEPARTMENT
OF CORRECTIONS

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's objection to a Report and Recommendation issued by Magistrate Judge Hagopian on October 20, 2009. In view of the fact that Plaintiff has filled a new action (09-510) which appears to recast the allegations made in this matter, this Court will adopt the Report and Recommendation. Civil Action 09-433 is dismissed and Plaintiff's Motion to Amend that action (Docket #6) is denied as moot.

SO ORDERED:

_/s/ Mary M. Lisi_
Mary M. Lisi
Chief United States District Judge
October 29, 2009